# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

| | | |
|---|---|---|
| MARION C. VEREEN, as the Administrator for The Estate of Tristan Vereen | ) ) ) ) | Civil Action No.: 4:23-cv-04564-JD |
| Plaintiff, | ) ) ) | ORDER APPROVING SETTLEMENT FOR THE MINOR HEIRS |
| v. | ) ) | |
| WHITNEY BLAKE BENTON, in his individual capacity | ) ) ) | |
| Defendant. | ) ) | |

This matter comes before the Court upon the attached Joint Petition of Marion C. Vereen, as the Administrator of the Estate of Tristan Vereen and Defendant, Whitney Blake Benton, pursuant to §15-51-20 and Title 62 of the <u>Code</u> of <u>Laws of South Carolina</u> (1976, as amended), for an Order authorizing the settlement of a claim for wrongful death of Tristan Vereen.

Tristan Vereen was a resident Horry County, South Carolina, who died intestate on September 11, 2021, as a result of injuries sustained during an incident with Whitney Benton.

The Petitioners state that after investigating the facts and circumstances of this matter, while not admitting liability or responsibility for this accident, but purely by way of compromise and settlement, Defendant Benton has offered, through the State

of South Carolina liability insurance carrier, to settle any and all claims arising out of Vereen's death, for the sum of Two Hundred Fifty Thousand and No/100 ($250,000.00) Dollars. The Petitioners have prayed for this Court to inquire into the matters set forth herein and to issue an Order approving the settlement.

After reading the Petition and in consideration of the things and matters set forth herein, the Court has concluded that it would be in the best interest and advantage of the Estate of Tristan Vereen and his heirs at law and beneficiaries under the Wrongful Death Act to accept the offer made herein and to distribute the proceeds according to statute and the terms of the proposed structured settlement.

**IT IS THEREFORE ORDERED** that the settlement offer made herein be, and the same hereby is, APPROVED.

IT IS FURTHER ORDERED that the sum of Two Hundred Fifty Thousand and No/100 ($250,000.00) Dollars shall be allocated as indicated in Exhibit "A" and Exhibit #1 attached hereto.

IT IS FURTHER ORDERED, that upon receipt of the settlement sums, Petitioners and those for whose benefit they may have sued, along with any others claiming by, through or under them be and hereby are, forever barred and foreclosed from the prosecution of any claim or action arising out of the above-captioned case against Defendants. Petitioners are directed to execute such release or releases as their own attorneys and attorney for Defendant may deem proper.

IT IS FURTHER ORDERED that the within action is hereby dismissed with prejudice upon receipt and disbursement of all settlement proceeds as set forth in the Petition. AND IT IS SO ORDERED.

This <u>20th</u> day of June 2025.

Joseph Dawson, III
United States District Judge